IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN WALLACE, | : |
|     Plaintiff | : |
|         v. | : Case No. 3:23-cv-114-KAP |
| SUPERINTENDENT D. OBERLANDER, | : |
| S.C.I. FOREST, *et al.*, | : |
|     Defendants | : |

### Memorandum Order

Plaintiff's motion at ECF no. 34 for additional time to submit a complete copy of his complaint is granted to November 30, 2023.

Plaintiff's most recent motion styled "Motion for Clarity...," at ECF no. 39, is denied. It is premature (the complaint is not even complete, much less served) and procedurally improper. A litigant's *pro se* status does not imply that the Court or Clerk will act as the litigant's paralegal.

DATE: October 25, 2023

                                        Keith A. Pesto,
                                        United States Magistrate Judge

Notice by U.S. Mail to:

Shawn Wallace NW-6861
S.C.I. Forest
P.O. Box 945
286 Woodland Drive
Marienville, PA 16239